Ronald L.M. Goldman, Esq. (State Bar No. 33422)
*rgoldman@baumhedlundlaw.com*
A. Ilyas Akbari, Esq. (State Bar No. 228051)
*iakbari@baumhedlundlaw.com*
**BAUM HEDLUND ARISTEI GOLDMAN, PC**
12100 Wilshire Boulevard, Suite 950
Los Angeles, California 90025-7114
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiffs*
*KYUNG RHAN RHA and J.A.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KYUNG RHAN RHA, an individual; and J.A., a minor by and through her mother and *Guardian Ad Litem* KYUNG RHAN RHA,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**ASIANA AIRLINES, INC., a corporation; THE BOEING COMPANY, a corporation,**<br><br>**Defendants.** | Case No. 3:14-CV-01486- YGR<br><br>**PLAINTIFFS KYUNG RHAN RHA and J.A.'S ADMINISTRATIVE MOTION TO DISMISS COMPLAINT FILED IN THE 3:14-CV-01486- YGR DOCKET, WITHOUT PREJUDICE** |

Pursuant to Local Rule 7-11, and the Court's Order Regarding Case Management Procedures and Dates Set At April 11, 2014 Case Management Conference ("CMO #1"), dated April 21, 2014, in the MDL No. 2497 proceedings, Docket No. 28, Plaintiffs Kyung Rhan Rha and J.A. ("Plaintiffs") by and through their attorneys of record, Baum Hedlund Aristei Goldman, PC, hereby respectfully request that the Court dismiss the complaint filed in this action, 3:14-CV-01486- YGR, without prejudice.

On **April 21, 2014**, Honorable Yvonne Gonzalez Rogers in the MDL No. 2497 proceedings released CMO #1. (See **Exhibit 1** to the Declaration Of A. Ilyas Akbari In Support Of Plaintiffs Kyung Rhan Rha and J.A.'s Administrative Motion To Dismiss Complaint Filed In The 3:14-CV-01486- YGR Docket, Without Prejudice ("Akbari Decl."))

In compliance with the CMO #1, on **May 12, 2014**, Plaintiffs filed the Consolidated Master Complaint, (See MDL No. 2497, Dkt. No. 60 and **Exhibit 2** to Akbari Decl.).

The CMO #1 further sets that each Plaintiff will have until **May 27, 2014** to file a Notice of Adoption of the Master Complaint and to file all administrative motions necessary to dismiss individual complaints.

Pursuant to the CMO #1, on **May 23, 2014**, Plaintiffs Kyung Rhan Rha and J.A. filed their Notice of Adoption of Master Complaint, MDL 2497, Docket No. 99. (See **Exhibit 3** to Akbari Decl.) Plaintiffs have indicated on the Notice of Adoption that they are seeking damages from Defendant Asiana Airlines, Inc. and Defendant The Boeing Company. Plaintiffs further adopt and incorporate by reference each of the causes of action in the Master Complaint as indicated on their Notice of Adoption.

In following with the CMO #1 instructions, Plaintiffs are hereby filing before this Court an Administrative Motion to Dismiss the Complaint filed in the 3:14-CV-01486-YGR, without prejudice.

/ / /

/ / /

Accordingly, Plaintiffs Kyung Rhan Rha and J.A. respectfully request that this Court grant Plaintiffs' Administrative Motion to Dismiss the complaint they filed in the 3:14-CV-01486- YGR docket, without prejudice.

Dated: May 27, 2014

**BAUM HEDLUND ARISTEI GOLDMAN, PC**

By: /s/ A. Ilyas Akbari
A. Ilyas Akbari, Esq. (CA Bar No. 228051)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
(Fax): (310) 820-7444
Attorneys for the Plaintiffs