Frank A. Silane (State Bar No.: 90940)
Email: fsilane@condonlaw.com
Scott D. Cunningham (State Bar No.: 200413)
Email:  scunningham@condonlaw.com
Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
Natasha N. Mikha (State Bar No.: 270731)
Email: nmikha@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

Attorneys for Defendant
ASIANA AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | MDL No. 2497<br><br>This Document Relates to:<br>*Rha, et al. v. Asiana Airlines, Inc., et al,,* Case No. CV14-01486 YGR<br><br>**ANSWER OF DEFENDANT ASIANA AIRLINES, INC. TO PLAINTIFFS' CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS** |

Defendant Asiana Airlines, Inc. (hereinafter "Asiana"), by and through its attorneys of record, Condon & Forsyth LLP, hereby responds to the Additional Cause of Action for Negligent Infliction of Emotional Distress, attached as Exhibit B to the Notice of Adoption of Master Complaint by Plaintiffs Kyung Rhan Rha and J.A., a minor by and through her mother and *Guardian Ad Litem* Kyung Rhan Rha (hereinafter "Additional Cause of Action for Negligent Infliction of Emotional Distress") as follows:

## AS TO THE ADDITIONAL CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

1. Answering the allegations in paragraph 1 of the Additional Cause of Action for Negligent Infliction of Emotional Distress, Asiana repeats, reiterates and re-alleges each and every answer contained in its answer to the Master Consolidated Complaint with the same force and effect as if set forth herein in full.

2. Answering the allegations in paragraph 2 of the Additional Cause of Action for Negligent Infliction of Emotional Distress, Asiana lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Additional Cause of Action for Negligent Infliction of Emotional Distress and, on this basis, denies the allegations.

3. Asiana denies the allegations in paragraph 3 of the Additional Cause of Action for Negligent Infliction of Emotional Distress.

4. Answering the allegations in paragraph 4 of the Additional Cause of Action for Negligent Infliction of Emotional Distress, Asiana lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Additional Cause of Action for Negligent Infliction of Emotional Distress and, on this basis, denies the allegations.

5. Asiana denies the allegations in paragraph 5 of the Additional Cause of Action for Negligent Infliction of Emotional Distress.

6. Asiana denies the allegations in paragraph 6 of the Additional Cause of Action for Negligent Infliction of Emotional Distress.

## AFFIRMATIVE DEFENSES TO ADDITIONAL CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

7. Asiana hereby repeats, reiterates and re-alleges each and every affirmative defense contained in its answer to the Master Consolidated Complaint

1   with the same force and effect as if set forth herein in full.

2       WHEREFORE, defendant Asiana Airlines, Inc. respectfully requests that

3   Plaintiffs take nothing by their Cause of Action for Negligent Infliction of

4   Emotional Distress, that Plaintiffs' Cause of Action for Negligent Infliction of

5   Emotional Distress be dismissed with prejudice and that the Court grant to Asiana

6   Airlines, Inc. costs and other relief as it deems just and proper.

7

8   Dated: June 11, 2014                    CONDON & FORSYTH LLP

10                                      By: /s/ Frank A. Silane
11                                           FRANK A. SILANE
                                         SCOTT D. CUNNINGHAM
12                                           JENNIFER J. JOHNSTON
                                         IVY L. NOWINSKI
13                                           NATASHA N. MIKHA
                                         Attorneys for Defendant
14                                           ASIANA AIRLINES. INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

ANSWER OF DEFENDANT ASIANA AIRLINES, INC. TO PLAINTIFFS' CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
MDL NO. 2497
- 3 -
LAOFFICE 65053V.1