KAYCIE L. WALL, California Bar No. 226027
KWall@perkinscoie.com
DANIEL E. LASSEN, California Bar No. 271446
DanLassen@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

JOHN D. DILLOW, California Bar No. 50403
JDillow@perkinscoie.com
BRUCE D. CAMPBELL, Washington Bar No. 8629
BCampbell@perkinscoie.com
JOE SILVERNALE, Washington Bar No. 22001
JSilvernale@perkinscoie.com
MICHAEL E. SCOVILLE, Washington Bar No. 44913
MScoville@perkinscoie.com
ERIC B. WOLFF, California Bar No. 197147
ewolff@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Defendant*
*The Boeing Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | Case No. 3:14-cv-01486-YGR |
| KYUNG RHAN RHA, an individual; and J.A., a minor by and through her mother and *Guardian Ad Litem* KYUNG RHAN RHA, <br><br>Plaintiffs,<br><br>v.<br><br>ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation,<br><br>Defendants. | MDL No. 2497<br><br>DEFENDANT THE BOEING COMPANY'S ANSWER TO ADDITIONAL CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS |

-1-

DEFENDANT BOEING'S ANSWER TO ADDITIONAL CAUSE OF ACTION

Defendant The Boeing Company ("Boeing"), by and through its attorneys of record, Perkins Coie LLP, hereby answers the Additional Cause of Action for Negligent Infliction of Emotional Distress ("Additional Cause of Action")[1] by Plaintiffs Kyung Rhan Rha and J.A., a minor by and through her mother and Guardian Ad Litem Kyung Rhan Rha, as follows, in paragraphs numbered to correspond to the paragraph numbers in the Additional Cause of Action. Boeing incorporates by reference its Answer, Affirmative Defenses, and Additional Defenses to Plaintiffs' Master Consolidated Complaint as if set forth fully herein.

## CAUSES OF ACTION

### (Negligent Infliction of Emotional Distress)

### (Against Defendants Asiana Airlines and The Boeing Company)

1. Boeing incorporates by reference its Answer, Affirmative Defenses, and Additional Defenses to Plaintiffs' Master Consolidated Complaint as if set forth fully herein.

2. Boeing lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 and therefore denies them.

3. Boeing denies the allegations contained in Paragraph 3 to the extent that they are directed at Boeing. To the extent that the allegations contained in Paragraph 3 are directed against any other defendant, they do not require a response from Boeing; to the extent that a response is required, Boeing lacks knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies the same.

4. Boeing lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and therefore denies them.

5. Boeing lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and therefore denies them.

6. Boeing denies the allegations contained in Paragraph 6 to the extent that they are directed at Boeing. To the extent that the allegations contained in Paragraph 6 are directed against any other defendant, they do not require a response from Boeing; to the extent that a

---

[1] The Additional Cause of Action was attached as Exhibit B to Plaintiffs' Notice of Adoption of Master Complaint. *See* Case No. 4:13-md-02497-YGR, Doc. 99 Exh. B.

DEFENDANT BOEING'S ANSWER TO ADDITIONAL CAUSE OF ACTION

1  response is required, Boeing lacks knowledge or information sufficient to form a belief as to the
2  truth of these allegations and therefore denies the same.

## **PRAYER FOR RELIEF & DEMAND FOR JUDGMENT**

WHEREFORE, Defendant The Boeing Company prays as follows:

That Plaintiffs take nothing by the Additional Cause of Action, that the Additional Cause of Action be dismissed, and that judgment on the Additional Cause of Action be entered for Boeing;

That Boeing be awarded its costs of suit and attorneys' fees;

That the Court grant such further relief as the Court may deem just and proper.

DATED:  June 11, 2014                    **PERKINS COIE LLP**

By: /s/ Kaycie L. Wall
Kaycie L. Wall, California Bar No. 226027
KWall@perkinscoie.com
Daniel E. Lassen, California Bar No. 271446
DanLassen@perkinscoie.com

*and*

John D. Dillow, California Bar No. 50403
JDillow@perkinscoie.com
Bruce D. Campbell, Washington Bar No. 8629
BCampbell@perkinscoie.com
Joe Silvernale, Washington Bar No. 22001
JSilvernale@perkinscoie.com
Michael E. Scoville, Washington Bar No. 44913
MScoville@perkinscoie.com
Eric B. Wolff, California Bar No. 197147
ewolff@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

DEFENDANT BOEING'S ANSWER TO ADDITIONAL CAUSE OF ACTION

# CERTIFICATE OF SERVICE

I certify that on June 11, 2014, I electronically filed the foregoing *Defendant The Boeing Company's Answer to Additional Cause of Action for Negligent Infliction of Emotional Distress* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered to receive such notifications. I also caused service to be made to the following attorneys of record pursuant to Civil L.R. 5-1(h)(2) by overnight delivery:

| | |
|---|---|
| Brian LaCien<br>Todd A. Smith<br>Powers Rogers & Smith<br>70 West Madison Street,<br>Suite 5500<br>Chicago, IL 60602<br>*Attorney for Plaintiff Jingtao Xie as Guardian Ad Litem and Parents of Minor, et al.* | Constance Marie Menefee<br>Office of the City Attorney City and County of San Francisco<br>1390 Market Street,<br>6th Floor<br>San Francisco, CA 94102<br>*Attorney for Defendant City and County of San Francisco* |

Mary Schiavo
James R. Brauchle
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Attorney for Plaintiff Xiao Lian Jiang, et al.*

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of June, 2014.

/s/ Kaycie L. Wall
Kaycie L. Wall, California Bar No. 226027
Attorneys for The Boeing Company
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: KWall@perkinscoie.com

DEFENDANT BOEING'S ANSWER TO ADDITIONAL CAUSE OF ACTION