# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | MDL No.: 2497<br><br>TRIAL SETTING ORDER<br><br>THIS ORDER RELATES TO:<br><br>*Qian v. Asiana Airlines, Inc. et al.*<br>Case No. 13-CV-3684<br><br>*Andrighetto v. Asiana Airlines et al.*<br>Case No. 13-CV-3687<br><br>*Chen v. Asiana Airlines et al.*<br>Case No. 13-CV-3881<br><br>*Rha v. Asiana Airlines, et al.*<br>Case No. 14-CV-1486 |

The Court, having received and reviewed the parties' Joint Report Re Cases to be Set for Trial (Dkt. No, 246), hereby **ORDERS** as follows:

With respect to three cases: (1) *Qian v. Asiana Airlines, Inc. et al.*, Case No. 13-CV-3684; (2) *Andrighetto v. Asiana Airlines et al.*, Case No. 13-CV-3687; (3) *Chen v. Asiana Airlines et al.*, Case No. 13-CV-3881, the Court sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | *Chen*: October 26, 2015<br>*Andrighetto/Quan*: August 13, 2015 |
| EXPERT DISCOVERY CUTOFF: | *Chen*: December 28, 2015<br>*Andrighetto/Quan*: October 12, 2015 |
| DISPOSITIVE AND DAUBERT MOTIONS[1] HEARD BY: | 10 weeks prior to trial date |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| COMPLIANCE HEARING (SEE BELOW) | Friday, March 11, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 18, 2016 |
| PRETRIAL CONFERENCE: | Friday, April 1, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, April 25, 2016 at 8:30 a.m. for eight days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, March 11, 2016 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

With respect to the fourth case, *Rha v. Asiana Airlines, et al.*, Case No. 14-CV-1486, having reviewed and considered the parties' submission, the Court is not inclined to permit piecemeal litigation of that case. Once the parties reach consensus on a strategy for resolution of this case, the parties may file a request for a trial setting. Alternatively, counsel may request a case management conference to discuss the matter further.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**